UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARL E. JOHNSON, :
:
    Petitioner :
:
  v. : CIVIL NO. 3:CV-06-2380
:
SUPERINTENDENT GRACE, : (Judge Kosik)
:
    Respondent :

## **O R D E R**

**NOW, THIS 29th DAY OF JANUARY, 2007, IT IS HEREBY ORDERED THAT** within fifteen (15) days from the date of this Order, Petitioner may file a reply to the response filed by Respondent to the petition for writ of habeas corpus.[1]

                                                s/Edwin M. Kosik
                                                United States District Judge

---

[1]This petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 was filed on December 11, 2006. Petitioner has paid the required filing fee. Prior to the issuance by the court of an Order to Show Cause directing Respondent to file a response to the petition, a response and supporting documents were submitted on January 22, 2007. (Doc. 3). As such, Petitioner is being afforded the opportunity to file his reply to the response.